UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Bankr. Case No. 25-12355-SLM-13 |
| Daniel J. Perkalis, Jr. | Chapter 13 |
|     Debtor(s) | |

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> AmeriCredit Financial Services, Inc. dba GM Financial
> PO Box 183853
> Arlington, TX  76096

By /s/ Mandy Youngblood

> Mandy Youngblood
> PO Box 183853
> Arlington, TX  76096
> 877-203-5538
> 877-259-6417
> Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                          Bankr. Case No. 25-12355-SLM-13

Daniel J. Perkalis, Jr.                                                       Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on April 1, 2025 :

| | |
|---|---|
| John A. Lipowski<br>60 Washington St.<br>PO Box 204<br>Morristown, NJ 07963 | Marie-Ann Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 |

By  /s/  Mandy Youngblood
      Mandy Youngblood

xxxxx87249 / 1109055