Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−12355−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel J. Perkalis Jr.
   dba Hub Small Engine Repair
   16 Spear Lane
   Denville, NJ 07834

Social Security No.:
   xxx−xx−0541

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 15, 2025.

Dated: May 15, 2025
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-12355-SLM |
| Daniel J. Perkalis, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 15, 2025 | Form ID: plncf13 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel J. Perkalis, Jr., 16 Spear Lane, Denville, NJ 07834-1325 |
| 520577568 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, N.A., PO Box 15025, Wilmington, DE 19886-5025 |
| 520577567 | + | Bank of America, Attn. Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, PO Box 9003, Islandia, NY 11749-9003 |
| 520577569 | + | Citibank, N.A., Attn. Tenaglia & Hunt, PA, 365 West Passaic Street, Suite 405, Rochelle Park, NJ 07662-3014 |
| 520577573 | + | Donna M. Perkalis, 16 Spear Lane, Denville, NJ 07834-1325 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 15 2025 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 15 2025 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520625678 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 15 2025 21:08:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520582709 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 15 2025 21:08:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520577566 | + | Email/Text: bkfilings@zwickerpc.com | May 15 2025 21:09:00 | American Express National Bank, Attn. Zwicker & Associates, 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |
| 520614414 | + | Email/Text: bkfilings@zwickerpc.com | May 15 2025 21:09:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520614639 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 15 2025 21:06:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520577570 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 21:23:37 | Citicards CBNA, Attn. Centralized Bankruptcy Dept., PO Box 790034, Saint Louis, MO 63179-0034 |
| 520577571 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 21:23:30 | Citicards CBNA/Home Depot, Attn. Centralized Bankruptcy Dept., PO Box 790034, Saint Louis, MO 63179-0034 |
| 520577574 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 15 2025 21:08:00 | GMAC Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 520577575 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 15 2025 21:07:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520577576 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 15 2025 21:11:02 | JPMorgan Chase, PO Box 15298, Wilmington, DE |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: plncf13 | Total Noticed: 26 |

| | | | | 19850-5298 |
|---|---|---|---|---|
| 520614931 | + Email/Text: RASEBN@raslg.com | May 15 2025 21:06:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520577577 | Email/Text: camanagement@mtb.com | May 15 2025 21:08:00 | | M & T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 520577578 | Email/Text: camanagement@mtb.com | May 15 2025 21:08:00 | | M & T Bank, PO Box 840, Buffalo, NY 14240 |
| 520585822 | + Email/Text: camanagement@mtb.com | May 15 2025 21:08:00 | | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 520650347 | + Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 21:08:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520577579 | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 21:10:26 | | Synchrony Bank, Attn. Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 520611334 | + Email/Text: PDELINQ@sba.gov | May 15 2025 21:07:00 | | U.S. SMALL BUSINESS ADMINISTRATION, 14925 KINGSPORT ROAD, FORT WORTH, TX 76155-2243 |
| 520577580 | + Email/Text: bankruptcynotices@sba.gov | May 15 2025 21:06:00 | | U.S. Small Business Administration, 409 3rd Street, Washington, DC 20416-0002 |
| 520577581 | Email/Text: LoanCollections@unitybank.com | May 15 2025 21:07:00 | | Unity Bank, 64 Old Highway 22, Clinton, NJ 08809 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, PO BOX 183853, Arlington, TX 76096-3853 |
| 520647265 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com   bkgroup@kmllawgroup.com |
| John A. Lipowski | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 15, 2025 | Form ID: plncf13 | Total Noticed: 26 |

        on behalf of Debtor Daniel J. Perkalis Jr. jal1001@aol.com

Marie-Ann Greenberg

        magecf@magtrustee.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4