| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Matthew Fissel, Esquire<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>mfissel@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>M&T BANK | **Order Filed on August 28, 2025**<br>**by Clerk,**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br>Daniel J. Perkalis Jr., dba Hub Small Engine Repair<br>Debtor | Case No.: 25-12355 SLM<br><br>Hearing Date: 8/13/2025 @ 10:00 a.m.<br><br>Judge:  Stacey L. Meisel |

### ORDER RESOLVING DEBTORS OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: August 28, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:        Daniel J. Perkalis Jr., dba Hub Small Engine Repair
Case No.:      25-12355 SLM
Caption:       **ORDER RESOLVING DEBTORS OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T BANK, holder of a mortgage on real property located at 16 Spear Lane, Denville Twp, NJ, 07834, Matthew Fissel appearing, by way of objection to notice of post-petition mortgage fees, expenses, and charges, and this Court having considered the representations of attorneys for Secured Creditor and John A. Lipowski, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay fees in the totaling $1,225.00 from the Notice of Post-petition Mortgage Fees, Expenses, and Charges filed June 16, 2025, in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is also to pay a total of $850.00 in attorney fees for the preparation and filing of the response to the opposition of the Notice of Post-petition Mortgage Fees, Expenses, and Charges in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Debtor's Objection to Notice of Post-petition Mortgage Fees, Expenses, and Charges is hereby overruled.