| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1** | |
| Matthew Fissel, Esquire KML LAW GROUP, P.C. 701 Market Street, Suite 5000 Philadelphia, PA 19106 201-549-2363 mfissel@kmllawgroup.com Attorneys for Secured Creditor: M&T BANK | |
| In Re: Daniel J. Perkalis Jr., dba Hub Small Engine Repair Debtor | Case No.:  25-12355 SLM Hearing Date: 8/13/2025 @ 10:00 a.m. Judge:  Stacey L. Meisel |

**Order Filed on September 5, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

**ORDER AMENDING**

**ORDER RESOLVING DEBTORS OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHANGRES ENTERED AT ECF NO.21.**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: September 5, 2025**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:              Daniel J. Perkalis Jr., dba Hub Small Engine Repair
Case No.:            25-12355 SLM
Caption:             **ORDER RESOLVING DEBTORS OBJECTION TO NOTICE OF
                     POSTPETITION MORTGAGE FEES, EXPENSES, AND CHANGRES**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T BANK, holder of a mortgage on real property located at 16 Spear Lane, Denville Twp, NJ, 07834, Matthew Fissel appearing, by way of objection to notice of post-petition mortgage fees, expenses, and charges, and this Court having considered the representations of attorneys for Secured Creditor and John A. Lipowski, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay fees in the totaling $1,225.00 from the Notice of Post-petition Mortgage Fees, Expenses, and Charges filed June 16, 2025, in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is also to pay a total of $850.00 in attorney fees for the preparation and filing of the response to the opposition of the Notice of Post-petition Mortgage Fees, Expenses, and Charges in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Debtor's plan payment will increase to $1,405.00 commencing September 2025 for the next 55 months of the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Debtor's Objection to Notice of Post-petition Mortgage Fees, Expenses, and Charges is hereby overruled.