|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Matthew Fissel, Esquire<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>mfissel@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>M&T BANK |
| In Re:<br>Daniel J. Perkalis Jr., dba Hub Small Engine Repair<br>Debtor |

Order Filed on September 5, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 25-12355 SLM

Hearing Date: 8/13/2025 @ 10:00 a.m.

Judge: Stacey L. Meisel

**ORDER AMENDING**

**ORDER RESOLVING DEBTORS OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHANGRES ENTERED AT ECF NO.21.**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: September 5, 2025**

*Stacey L. Meisel* (signature)
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:     Daniel J. Perkalis Jr., dba Hub Small Engine Repair
Case No.:   25-12355 SLM
Caption:    **ORDER RESOLVING DEBTORS OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHANGRES**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T BANK, holder of a mortgage on real property located at 16 Spear Lane, Denville Twp, NJ, 07834, Matthew Fissel appearing, by way of objection to notice of post-petition mortgage fees, expenses, and charges, and this Court having considered the representations of attorneys for Secured Creditor and John A. Lipowski, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay fees in the totaling $1,225.00 from the Notice of Post-petition Mortgage Fees, Expenses, and Charges filed June 16, 2025, in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is also to pay a total of $850.00 in attorney fees for the preparation and filing of the response to the opposition of the Notice of Post-petition Mortgage Fees, Expenses, and Charges in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Debtor's plan payment will increase to $1,405.00 commencing September 2025 for the next 55 months of the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Debtor's Objection to Notice of Post-petition Mortgage Fees, Expenses, and Charges is hereby overruled.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-12355-SLM
Daniel J. Perkalis, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 1
Date Rcvd: Sep 05, 2025  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel J. Perkalis, Jr., 16 Spear Lane, Denville, NJ 07834-1325 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John A. Lipowski | on behalf of Debtor Daniel J. Perkalis Jr. jal1001@aol.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4